# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2005

127851 & (17)

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

NATHAN GENE REID,
          Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC:  127851
COA:  258187
Genesee CC: 99-004796-FC

_____/

      On order of the Court, the motion to add new ground for appeal is considered and it is GRANTED.  The application for leave to appeal the December 27, 2004 order of the Court of Appeals is also considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



s1024

     I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2005

Clerk